UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANGELO BENNETT,

    Petitioner,

v.                                                    Case No. 10-14394

CINDI CURTAIN,

    Respondent.
                                           /

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying the Petition for a Writ of Habeas Corpus and Denying a Certificate of Appealability" dated October 30, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Cindi Curtain. Dated at Detroit, Michigan, this 30th day of October 2012.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  _s/ Lisa Wagner_
                                                By: Lisa Wagner, Case Manager
                                                      to Judge Robert H. Cleland